■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER CACERES, Also Known as PETER CACERAS, Appellant.— Judgment, Supreme Court, Bronx County (George Covington, J.), rendered on September 19, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Milonas, Wallach and Smith, JJ.

■ CONTINENTAL INSURANCE COMPANY, Appellant-Respondent, v BANK OF NEW YORK, Respondent-Appellant and Third-Party Plaintiff, et al., Third-Party Defendant.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on or about February 14, 1989, unanimously affirmed for the reasons stated by Myriam Altman, J. Defendant-respondent-appellant shall recover of plaintiff-appellant-respondent $250 costs and disbursements of this appeal. Concur—Sullivan, J. P., Carro, Rosenberger, Ellerin and Rubin, JJ.

■ M.Z. PLASTIC, INC., et al., Respondents, v MERCHANTS BANK OF NEW YORK, Appellant, et al., Defendants.—Orders, Supreme Court, New York County (Eugene Nardelli, J.), entered on or about April 7, 1989 and on or about September 1, 1989, respectively, unanimously affirmed for the reasons stated by Eugene Nardelli, J. Respondents shall recover of appellant $250 costs and disbursements of these appeals. Concur—Kupferman, J. P., Ross, Asch, Kassal and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTO SANCHEZ, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on January 13, 1988, unanimously reversed, on the law, and the matter remanded for a new trial. *(See, People v Paniaqua,* 160 AD2d 334.)* Concur—Kupferman, J. P., Ross, Asch, Ellerin and Rubin, JJ.